384 A.2d 1003

Selck v. Teodori, Appellant.

Argued November 14, 1977. Joseph M. Zoffer, for appellant; William G. Boyle, and Meyer, Unkovic & Scott, submitted a brief for appellee.

Judgment affirmed.

384 A.2d 1003

Shipley, Appellant, v. Donegal Mutual
Insurance Company, et al.

Argued November 22, 1977. James David Elder, for appellant; Charles Kirshner, with him Rosenberg, Kirshner & Kaleugher, for appellees.

Order affirmed.